UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT OWENSBORO

KHUSHWINDER SINGH DHANDA,                                                    PETITIONER

v.                                                         CIVIL ACTION NO. 4:26-cv-00373-GNS

MIKE LEWIS, in his official capacity as Jailer of the
Hopkins County Jail,

SAMUEL OLSON, Director of Detroit Field Office, U.S.
Immigration and Customs Enforcement;

MARKWAYNE MULLIN, in his official capacity as
Secretary of the Department of Homeland Security,

TODD BLANCHE, in his official capacity as Acting
Attorney General;
in their official capacities,   RESPONDENTS

## ORDER

Upon joint motion of the parties to remand/cancel the hearing in this matter and

the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED.

**Greg N. Stivers, Judge**
**United States District Court**

June 4, 2026